petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for respondent.

No. 474. REYNOLDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* and *Crampton Harris* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 476. NATIONAL LABOR RELATIONS BOARD *v.* GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL 968, ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Samuel M. Singer* for petitioner. *Chris Dixie* for respondents.

No. 477. HAFFA *v.* IOWA. Supreme Court of Iowa. Certiorari denied. *William L. Beecher* for petitioner. *Dayton Countryman,* Attorney General of Iowa, *Raphael R. R. Dvorak,* Assistant Attorney General, and *Neill Garrett* for respondent.

No. 479. SHIRLINGTON SUPERMARKET, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Joseph F. Castiello* for petitioners. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Fannie M. Boyls* for respondent.

No. 483. EARY ET AL. *v.* WEST VIRGINIA TURNPIKE COMMISSION. Supreme Court of Appeals of West Virginia. Certiorari denied.